

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–129–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LYLE GILL, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of

Forfeiture Proceedings. (Doc. 17). The United States does so because the firearm

at issue has already been administratively forfeited. (*Id.* at 2.) Finding good cause,

IT IS ORDERED that the forfeiture action in the above-captioned case is

DISMISSED with prejudice.

DATED this 2nd day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1