IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

JAN 21 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 19–129–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LYLE GILL, | |
| Defendant. | |

The United States has filed an Unopposed Motion to Dismiss Count II of the Indictment Without Prejudice. (Doc. 26). The Defendant Robert Lyle Gill has pleaded guilty to Count I of the Indictment, and the United States does not believe it to be "in the interests of judicial economy to conduct a trial as to Count II when the Defendant stands convicted as to Count I." (Doc. 26 at 2.)

IT IS ORDERED that the Motion (Doc. 26) is GRANTED. Count II of the Indictment is dismissed without prejudice. The January 27, 2020 trial setting is VACATED.

DATED this 21st day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1